DAVID R. VOGL (State Bar No. 043156)
BRIAN S. WHITTEMORE (State Bar No. 241631)
VOGL & MEREDITH LLP
456 Montgomery Street, 20th Floor
San Francisco, California  94104
(415) 398-0200 telephone
(415) 398-2820 facsimile

dvogl@voglmeredith.com
bwhittemore@voglmeredith.com

Attorneys for Defendant
International Line Builders, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON EBO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANITEX; INTERNATIONAL LINE BUILDERS, INC.; and Does 1 through 100, inclusive.<br><br>　　　　　Defendants.<br>_____<br>INTERNATIONAL LINE BUILDERS, INC.; LIBERTY MUTUAL,<br><br>　　　　　Applicant in Intervention<br>_____ | Case No. 2:07-CV-00763 RRB-DAD<br><br>STIPULATION OF DISMISSAL OF DEFENDANT INTERNATIONAL LINE BUILDERS, INC. AND  ORDER THEREON<br><br>**Courtroom:** Hon. Ralph R. Beistline<br>Complaint Filed: January 19, 2007 |

　　　　Plaintiff AARON EBO, by and through their counsel, voluntarily dismisses the above-captioned action with prejudice, as to International Line Builders, Inc. pursuant to Fed.R.Civ.P.41(a)(1).

　　　　IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed as to International Line Builders, Inc. with prejudice pursuant to Federal Rules of Civil Procedure section 41 (a) (1).

///

///

**STIPULATION OF DISMISSAL**　　　　　　　　　　　　　　　　　　　　　　2:07-CV-00763 RRB-DAD

1    This stipulation may be executed in counterparts, all of which together shall constitute
2 one original document.

4    Dated: _____, 2007                     VOGL & MEREDITH LLP

6                                                    By: /s/_____
                                                        David R. Vogl
7                                                       Attorneys for Defendant INTERNATIONAL
                                                        LINE BUILDERS, INC.

10   Dated: _____, 2007                     WILCOXEN CALLAHAN
                                                         MONTGOMERY & DEACON

13                                                   By: /s/_____
                                                        E.S. (Ted) Deacon
                                                        Attorneys for Plaintiff AARON EBO

15   Dated:_____, 2007                      RYAN & FONG

18                                                   By: /s/_____
                                                        Rebekka Martorano
                                                        Attorneys for Defendant MANITEX, INC.

20                                  PROPOSED ORDER

21       IT IS HEREBY ORDERED that the above-entitled case is dismissed from this Court with
22  prejudice as to International Line Buildings, Inc.

25  Dated:   August 6, 2007

26                                                   /s/ Ralph R. Beistline
                                                     JUDGE OF THE UNITED STATES
27                                                   DISTRICT COURT

**PROOF OF SERVICE**

I, Melinda Hamm, declare as follows:

I am over the age of eighteen (18) years and am not a party to this action. I am employed in the city and county of San Francisco, state of California, and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California, 94104.

On August 6, 2007, I served the within **STIPULATION OF DISMISSAL OF DEFENDANT INTERNATIONAL LINE BUILDERS, INC. AND [PROPOSED] ORDER THEREON** on the parties in said cause by Direct Electronic filing and by facsimile transmission, following ordinary business practices, addressed as follows:

| | |
|---|---|
| Timothy J. Ryan, Esq.<br>Rebekka Martorano, Esq.<br>RYAN & FONG<br>2379 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833<br>Facsimile No. 1-916-923-3872<br>**Attorneys for Defendant MANITEX, INC**. | E.S. (Ted) Deacon, Esq.<br>Steven H. Schultz, Esq.<br>Wilcoxen, Montgomery, Deacon<br>2114 K Street<br>Sacramento, CA 95816<br>Facsimile No. 1-916-442-4118<br>**Attorneys for Plaintiff AARON EBO** |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on  August 6, 2007 , at San Francisco, California.

_____
Melinda Hamm

Page 3

**STIPULATION OF DISMISSAL**                                        2:07-CV-00763 RRB-DAD