**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
E.S. (TED) DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON EBO, | Case No. 2:07-cv-00763 RRB DAD |
| Plaintiff, | |
| -vs- | STIPULATION TO CONTINUE EXPERT DISCLOSURE (FRCP 26 (a)(1)) AND ORDER |
| MANITEX; INTERNATIONAL LINE BUILDERS, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Federal Rule of Civil Procedure 26(a)(1) Expert Disclosure be continued from May 1, 2008 to May 22, 2008:

DATED: April 8, 2008.    WILCOXEN CALLAHAN
                         MONTGOMERY & DEACON

                    By:  /s/E. S. Deacon
                         E.S. (TED) DEACON (SBN 127638)
                         Attorneys for Plaintiff, AARON EBO

DATED: March 19, 2008.   RYAN & FONG

                    By:  /s/ Rebekka Martorano
                         TIMOTHY J. RYAN (SBN 99542)
                         REBEKKA MARTORANO (SBN 173600)
                         Attorneys for Defendant, MANITEX, INC.

DATED: March ___, 2008                    VOGL & MEREDITH LLP

By:   /s/ Michael Burke
      DAVID S. VOGL (SBN 043156)
      MICHAEL BURKE (SBN 150062)
      Attorneys for Defendant, INTERNATIONAL LINE BUILDERS, INC

**ORDER**

The Court, having considered the Stipulation to Continue Expert Disclosure and finding good cause to grant the Stipulation to Continue Expert Disclosure as follows:

That the currently scheduled Expert Disclosure date of May 1, 2008, be continued to May 22, 2008.

IT IS SO ORDERED.

DATED:  04/08/2008

/s/ Ralph R. Beistline
JUDGE OF THE UNITED STATES
DISTRICT COURT